1

2                                                          JS - 6

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   Laneice Whatley-Bonner,        )   CV 10-8027 RSWL (JCGx)
                                     )
12                                   )
                                     )   **JUDGMENT**
13                  Plaintiff,       )
                                     )
14      vs.                          )
                                     )
15                                   )
                                     )
16   Pacific Telesis Group           )
     Comprehensive Disability        )
17   Benefit Plan,                   )
                                     )
18                                   )
                    Defendant.       )
19                                   )

20      The evidence having been fully considered, the

21   issues having been duly heard, and a decision having

22   been duly rendered,

23      **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

24   judgment be entered in favor of Defendant Pacific

25   Telesis Group Comprehensive Disability Benefit Plan and

26   against Plaintiff Laneice Whatley-Bonner.  Defendant

27   Pacific Telesis Group Comprehensive Disability Benefit

28   \\\

                                 1

1  Plan shall recover the costs of suit, in accord with
2  Federal Rule of Civil Procedure 54(d).
3
4  **IT IS SO ORDERED.**
5  DATED: December 2, 2011
6
7  RONALD S.W. LEW
8  **HONORABLE RONALD S.W. LEW**
   Senior, U.S. District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28